FILED
CLERK, U.S. DISTRICT COURT
JUL 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DEXTER R. WILLIAMS, | No. CV 07-483-ABC (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| M. S. EVANS, Warden, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the amended petition in this matter is denied and dismissed with prejudice.

DATED: July 18, 2008

HONORABLE AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE